✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

NIPPONKOA INSURANCE COMPANY
LIMITED--US BRANCH

V.

RAIL EXPRESS, INC. d/b/a REX
TRANSPORTATION COMPANY

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 07 CIV. 9579

## JUDGE SULLIVAN

TO: (Name and address of Defendant)

Rail Express, Inc.
400 East Main St.
Barrington, IL 60010-3219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan
411 Theodore Fremd Ave, Suite 190
Rye, NY 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

**CLERK**

CLERK

(By) DEPUTY CLERK

OCT 2 6 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10/31/2007 |
| NAME OF SERVER (PRINT) LORI GONZALEZ | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Serve on Daniel Frommeyer, attorney for Rail Express Inc

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/31/2007      _Lori Gonzalez_
             Date                     Signature of Server

                         917 Lunt Avenue, Schaumburg, IL 60193
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CAPITAL** Security & Investigations, Inc.

917 Lunt Ave. • Schaumburg, IL 60193 • (847) 524-0711 • Fax: (847) 524-5899

# ENDORSEMENT OF SERVICE AND AFFIDAVIT

| | | |
|---|---|---|
| Date Received **10/29/2007** | Case Number **07CIV.9579** | Type of Service — **X** **Normal** **RUSH** |

| | | | |
|---|---|---|---|
| Plaintiff **Nipponkoa Insurance Company** | Last Serve Date (if any:) | | Attorney or Firm |
| | Name **Rail Express Inc d/b/a Rex Transportation** | | **LEGAL EASE INC.** |
| Vs. Defendant | Service Address **400 E. Main Street** | | 139 FULTON STREET |
| **Rail Express Inc. d/b/a Rex Transportation Company** | **Barrington, IL 60010** | | NEW YORK, NY 10038 |
| | PHONE: **847-874-4000** | | FAX: 212-393-9796 |
| | County of **COOK** | **ILLINOIS** | |

_____ **Personal Service:** By leaving a copy of the Summons and Complaint with the Named Defendant Personally.

_____ **Substitute Service:** By leaving a copy of the Summons and Complaint at the Defendant's usual place of abode with some person of the family, of the age of thirteen (13) years or upwards, and informing that person of the contents thereof.

**X** **Corporate Service:** By leaving a copy of the Summons and Complaint with the registered agent, or agent of the defendants corporation

BY: Printed Name of Process Server: **Lori Gonzalez** License #: **117-001004/115-001430**

Writ **X** Served on _Daniel Frommeyer – Attorney for Rail Express, Inc._

Sex _M_ M/F Race _W_ Age _50_ Ht. _5'10"_ Wt. _180_ Hair _Brown_ /glasses

This _31st_ day of _October 2007_ Time _8:30_ (A.M.)/P.M.)

Additional Remarks: _Phone # 847-381-1021    (Office was on 1st floor)_

_____ **The Named Defendant Was Not Served.**

Type of Building: _Office building_

Neighbors Name: _____

Address: _____

**ATTEMPTED SERVICES**

| DATE | TIME (AM/PM) | COMMENTS |
|---|---|---|
| | | |
| | | |
| | | |

**Comments:** _____

Signed and Sworn to (or Affirmed) by

Notary Public

Before me, this _31st_ day of **October-07**

Seal

"OFFICIAL SEAL"
J. PERILLE
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/2/2008

**Fee For Service** _____

I certify that I have no interest in the above action; I am a Processes Server in good standing and served all Documents given to me in this matter.

By:

License # 117-001004/115-001430