Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Rail Express, Inc.
d/b/a REX Transportation Company
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------X
NIPPONKOA INSURANCE COMPANY
LIMITED – US BRANCH,

        Plaintiff,

v.

RAIL EXPRESS, INC. d/b/a/ REX TRANSPORTATION COMPANY,

        Defendant.
---------------------------------------------------------------------------

ECF CASE

07 CIV 9579 (Judge Sullivan)

**LOCAL RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Rail Express, Inc. d/b/a REX Transportation Company, a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Rail Express, Inc. or publicly held corporations that own 10% or more of Rail Express Inc's. stock:

                                        **NONE**

Dated: New York, New York
November 29, 2007

By: /s/ Barry Gutterman
Barry N. Gutterman, Esq. (BG-6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman Associates, P.C.
60 East 42nd Street, 46th Floor
New York, New York, 10165
(212) 983-1466

Attorneys for Defendant
Rail Express, Inc.
d/b/a REX Transportation Company

TO: David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
Maloof Brown & Eagan LLC
411 Theodore Fremd Avenue
Suite 190
Rye, New York 10580
(212) 921-1200

Attorneys for Plaintiff

REX2808.AAD