USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

*Sullivan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NIPPONKOA INSURANCE COMPANY                    :
LIMITED – US BRANCH,                           :        **07 Civ. 9579 (RJS)**
                                               :
                    *Plaintiff,*              :
                                               :
             - against -                       :        **STIPULATION AND
                                               :        ORDER OF DISMISSAL**
                                               :
RAIL EXPRESS, INC. d/b/a REX                   :
TRANSPORTATION COMPANY,                        :
                                               :
                    *Defendant.*               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The matter in dispute having been settled, it is hereby STIPULATED and

AGREED, by and between the respective undersigned counsel for all parties, that all claims in

the above-entitled action are hereby DISMISSED, with prejudice and without costs.

DATED:  Rye, New York
        January 11, 2008

                                        MALOOF & BROWNE LLP

                                        By: _____

                                            David T. Maloof (DM 3350)
                                            Thomas M. Eagan (TE 1713)
                                            Todd A. Barton (TB 0908)
                                            411 Theodore Fremd Avenue, Ste. 190
                                            Rye, NY 10580
                                            Tel: (914) 921-1200
                                            Fax: (914) 921-1023
                                            Email: dmaloof@maloofandbrowne.com
                                                   teagan@maloofandbrowne.com
                                                   tbarton@maloofandbrowne.com

                                        *Attorneys for Plaintiff*

BARRY N. GUTTERMAN &
ASSOCIATES, P.C.

By: _____ / TAB
        Barry N. Gutterman (BG 6410)
The Lincoln Building
60 East 42nd Street
46th Floor
New York, NY 10165
Tel: (212)-983-1466
Fax: (212)-983-1229
Email: bngassc@aol.com

*Attorneys for Defendant*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
              1/14/08